UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 06 B 12903
   GABRIELA LOPEZ
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-8281
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/10/06 and confirmed on 12/07/06.

   2.  The case was dismissed after confirmation, 08/23/2007.

   3.  The Debtor paid a total of $   1770.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | MORTGAGE ARRE | 7659.56 | .00 | .00 |
| SPS PORTFOLIO | SECURED | .00 | .00 | .00 |
| SPS PORTFOLIO | MORTGAGE ARRE | 3000.00 | .00 | .00 |
| LANDMARK LISTINGS INC | SECURED | .00 | .00 | .00 |
| LANDMARK LISTINGS INC | SECURED | 2500.00 | .00 | 250.02 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 494.76 | .00 | .00 |
| ACCOUNT RECEIVABLE MANAG | UNSECURED | NOT FILED | .00 | .00 |
| ARNOLD SCOTT HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 177.00 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATES IN PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 715.71 | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DANE COUNTY CLERK OF COU | UNSECURED | 63.00 | .00 | .00 |
| HOME SHOPPING NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TOLLWAY AUTHORI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 28.91 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                      UNSECURED       NOT FILED            .00         .00
NICOR GAS                      UNSECURED       NOT FILED            .00         .00
NORDSTROM FSB                  UNSECURED          807.69            .00         .00
PROVENA MERCY                  UNSECURED       NOT FILED            .00         .00
RUSH COPLEY MEDICAL CENT       UNSECURED       NOT FILED            .00         .00
SBC AMERITECH                  UNSECURED       NOT FILED            .00         .00
UNIQUE NATIONAL COLLECTI       UNSECURED       NOT FILED            .00         .00
       Summary of disbursements:
-----------------------------------------------------------------------------------
                     SECURED       PRIORITY    UNSECURED         OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   13159.56           .00      2287.07           .00     15446.63
PRINCIPAL PAID         250.02           .00          .00           .00       250.02
INTEREST PAID             .00           .00          .00           .00          .00
TOTAL PAID             250.02           .00          .00           .00       250.02
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00
and was paid $    500.00   direct and $    1465.46   through the plan.

The Trustee received $      54.52 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/10/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                             PAGE   2
        CASE NO. 06 B 12903 GABRIELA LOPEZ